IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE ANN WALKER, | No. C 10-4491 JSW (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| SAN MATEO WOMEN'S CORRECTIONAL CENTER, | |
| Respondent. | |

Petitioner, a county jail inmate proceeding pro se, filed this habeas action on October 4, 2010. On the same day, the Clerk notified Petitioner that she had neither paid the filing fee nor filed a completed application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Petitioner at the jail address where she last indicated she was located the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Petitioner was informed that the case would be dismissed if she did not respond to the deficiency notice within thirty days. No response has been received. On October 18, 2010, the deficiency notice was returned as undeliverable with a notation that Petitioner is no longer in custody. Petitioner has not notified the clerk of any change of address. More than sixty days have passed since the mail was returned. This case is DISMISSED without prejudice. *See* Local R. 3-11(b).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: December 23, 2010

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE ANN WALKER, | Case Number: CV10-04491 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAN MATEO WOMEN'S CORRECTIONAL CENTER et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michele Ann Walker
#1112431
1590 Maple Street
Redwood City, CA 94063

Dated: December 27, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk